Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB -6 PM 3:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: POR DEPUTY

MIMY ABERRA,

vs

UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, a Labor Union; THE VONS COMPANIES, INC., a Michigan corporation; DOES I through X, inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0237 JM POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

William M. Crosby (Bar No. 49357)
Barnes, Crosby, FitzGerald & Zeman LLP
18101 Von Karman Ave., Suite 120, Irvine, CA 92612
(949) 852-1100

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

FEB - 6 2008
DATE

P. DELA CRUZ (SEAL)

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)