SEYFARTH SHAW LLP
George E. Preonas (SBN 58921)
gpreonas@seyfarth.com
Paul C. White (SBN 213900)
pcwhite@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
THE VONS COMPANIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMY ABERRA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, a Labor Union; THE VONS COMPANIES, INC., a Michigan corporation; DOES I through X, inclusive,<br><br>Defendants. | Case No. 08 CV 0237 JM (POR)<br><br>Hon. Jeffrey T. Miller<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT THE VONS COMPANIES, INC. TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: February 6, 2008 |

Plaintiff Mimy Aberra and Defendant The Vons Companies, Inc. ("Vons"), through their respective counsel of record, jointly move the Court to grant Vons a 20-day extension to respond to Plaintiff's Complaint. The parties stipulate and agree as follows:

1. Plaintiff filed this action on February 6, 2008. Defendant Vons was served with the Summons and Complaint on February 14, 2008.

2. Counsel for Vons received notice of this action on or about February 25, 2008. Due to counsel's recent receipt of the Summons and Complaint, and the illness of Vons' personnel with knowledge of the facts, Vons requires additional time to prepare its response to Plaintiff's Complaint.

3. Plaintiff stipulates and agrees that there is good cause for the Court to grant Vons a 20-day extension to respond to Plaintiff's Complaint.

Pursuant to the foregoing stipulation, Plaintiff and Defendant Vons jointly request that the Court grant Vons a 20-day extension, until March 25, 2008.

DATED: February 28, 2008

SEYFARTH SHAW LLP

By s/George E. Preonas
George E. Preonas
Attorneys for Defendant
THE VONS COMPANIES, INC.
E-Mail: gpreonas@seyfarth.com

DATED: February , 2008

BARNES, CROSBY, FITZGERALD & ZEMAN, LLP

By_______________________
William M. Crosby
Attorneys for Plaintiff

3. Plaintiff stipulates and agrees that there is good cause for the Court to grant Vons a 20-day extension to respond to Plaintiff's Complaint.

Pursuant to the foregoing stipulation, Plaintiff and Defendant Vons jointly request that the Court grant Vons a 20-day extension, until March 25, 2008.

DATED: February 28, 2008

SEYFARTH SHAW LLP

By s/George E. Preonas
George E. Preonas
Attorneys for Defendant
THE VONS COMPANIES, INC.

DATED: February 29, 2008

BARNES, CROSBY, FITZGERALD & ZEMAN, LLP

By [signature]
William M. Crosby
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On February 29, 2008, I served the within documents:

**JOINT MOTION TO EXTEND TIME FOR DEFENDANT THE VONS COMPANIES, INC. TO RESPOND TO COMPLAINT**

☐ I sent such document from facsimile machine (310) 201-5219 on __________, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Overnite Express envelope with postage paid on account and deposited with Overnite Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒ electronically by using the Court's ECF/CM System.

William M. Crosby, Esq.
Barnes, Crosby, FitzGerald & Zerman LLP
18101 Von Karman Avenue
Suite 120
Irvine, CA 92612

Schwartz, Steinsapir, Dohrmann & Sommers
6300 Wilshire Boulevard
Suite 2000
Los Angeles, CA 90048-5268

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on February 29, 2008, at Los Angeles, California.

Millie Baello

Millie Baello