MICHAEL D. FOUR (100711)
DOLLY M. GEE (114493)
TAMRA M. BOYD (219020)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048-5268

Telephone: (323) 655-4700
Facsimile: (323) 655-4488

Attorneys for Defendant United Food & Commercial Workers Union Local 135

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIMY ABERRA,<br><br>Plaintiff,<br>vs.<br><br>UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, THE VONS COMPANIES, INC. and DOES I through X,<br><br>Defendants. | **CASE NO. 08-CV-0237 JM POR**<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT UFCW LOCAL 135 TO RESPOND TO COMPLAINT** |

Plaintiff Mimy Aberra and Defendant United Food and Commercial Workers Union Local 135 ("Local 135"), through their respective counsel of record, jointly move the Court to grant Local 135 a 20-day extension to respond to Plaintiff's complaint. The parties stipulate and agree as follows:

1. Plaintiff filed this action on February 6, 2008. Defendant Local 135 was served with the summons and complaint on February 15, 2008.

2. Counsel for Local 135 received notice of this action on or about February 25, 2008. Due to counsel's scheduling conflicts, Local 135 requires additional time to prepare its response to Plaintiff's complaint.

3. Plaintiff stipulates and agrees that there is good cause for the Court to grant Local 135 a 20-day extension to respond to Plaintiff's complaint.

Pursuant to the foregoing stipulation, Plaintiff and Defendant Local 135 jointly request that the Court grant Local 135 a 20-day extension, until March 26, 2008, to answer or otherwise respond to Plaintiff's complaint.

DATED: February 26, 2008

SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
MICHAEL D. FOUR
DOLLY M. GEE
TAMRA M. BOYD

By ______________________
MICHAEL D. FOUR
Attorneys for Defendant UFCW Local 135

DATED: 2-27, 2008

BARNES, CROSBY, FITZGERALD & ZEMAN LLP
WILLIAM M. CROSBY

By ______________________
WILLIAM M. CROSBY
Attorneys for Plaintiff