# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

MIMY ABERRA,

Plaintiff,

vs.

UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, et al.

Defendants.

CASE NO. 08 CV 0237 JM (POR)

**ORDER GRANTING DEFENDANT THE VONS COMPANIES, INC. A 20-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**

On February 29, 2008, plaintiff Mimy Aberra and defendant The Vons Companies, Inc. filed a joint motion to extend time for Defendant The Vons Companies, Inc. to respond to complaint. For the reasons stated in the joint motion, the court finds good cause to grant the motion. Defendant The Vons Companies, Inc. is hereby **GRANTED** a 20-day extension, to March 25, 2008, to answer or otherwise respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

DATED: March 3, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties