# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

MIMY ABERRA,

Plaintiff,

vs.

UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, et al.

Defendants.

CASE NO. 08 CV 0237 JM (POR)

**ORDER GRANTING DEFENDANT UNITED FOOD & COMMERCIAL LOCAL 135 A 20-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**

On March 3, 2008, plaintiff Mimy Aberra and defendant United Food & Commercial Workers Union Local 135 ("UFCW Local 135") filed a joint motion to extend time for UFCW Local 135 to respond to complaint. For the reasons stated in the joint motion, the court finds good cause to grant the motion. Defendant UFCW Local 135 is hereby **GRANTED** a 20-day extension, to March 26, 2008, to answer or otherwise respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

DATED: March 3, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties