# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

MIMY ABERRA,

vs

UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, a Labor Union; THE VONS COMPANIES, INC., a Michigan corporation; DOES I through X, inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0237 JM POR

TO: (Name and Address of Defendant)

United Food & Commercial Workers Union Local 135
2001 Camino Del Rio South
San Diego, CA 92108

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

William M. Crosby (Bar No. 49357)
Barnes, Crosby, FitzGerald & Zeman LLP
18101 Von Karman Ave., Suite 120, Irvine, CA 92612
(949) 852-1100

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. FEB - 6 2008

CLERK DATE

P. DELA CRUZ

By , Deputy Clerk

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 2/15/08 @ 9:24 am |
| NAME OF SERVER Sean Francisco | TITLE Employee Of ARegistered Process Server |
| Check one box below to indicate appropriate method of service | |

[xx] Served personally upon the defendant. Place where served: 2001 Camino DelRio S San Diego, Ca 92108 by serving Thomas E.Elbert Jr., Person Authorized To Receive

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ______

[ ] Return unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | | SERVICES | TOTAL $65.90 |
|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: Date 2/29/08

Signature of Server: [signature] SEAN FRANCISCO

Address of Server: DDS Legal Support, 2900 Bristol St., Ste E-106, Costa Mesa, CA 92626

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure