MICHAEL D. FOUR (100711)
DOLLY M. GEE (114493)
TAMRA M. BOYD (219020)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048-5268

Telephone: (323) 655-4700
Facsimile: (323) 655-4488

Attorneys for Defendant United Food & Commercial Workers Union Local 135

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIMY ABERRA,<br><br>Plaintiff,<br>vs.<br><br>UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, THE VONS COMPANIES, INC. and DOES I through X,<br><br>Defendants. | **CASE NO. 08-CV-0237 JM POR**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS [Fed. R. Civ. P. 12(b)(6)]**<br><br>**Judge:** **Hon. Jeffrey T. Miller**<br>**Courtroom:** **16**<br>**Date:** **May 9, 2008**<br>**Time:** **1:30 p.m.** |

**PLEASE TAKE NOTICE** that on **May 9, 2008 at 1:30 p.m.**, or as soon thereafter as the parties may be heard, in the Courtroom of the Honorable Jeffrey T. Miller, located at Courtroom 16, 940 Front Street, San Diego, California, Defendant United Food and Commercial Workers Union, Local 135 ("Local 135") will and hereby does move to dismiss Plaintiff's complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

//

//

//

//

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Tom Elbert in Support of Motion to Dismiss, filed concurrently herewith, and such other argument as may be allowed prior to or at the hearing on this Motion.

DATED: March 25, 2008

SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
MICHAEL D. FOUR
DOLLY M. GEE
TAMRA M. BOYD

/S/
TAMRA M. BOYD
Attorneys for Defendant UFCW Local 135

PROOF OF SERVICE - F.R.C.P. 5(b)

I, the undersigned, certify and declare that I am a citizen of the United States, over the age of eighteen years, employed in the County of Los Angeles, State of California, and not a party to this action. On March 25, 2008, I served a true copy of **NOTICE OF MOTION AND MOTION TO DISMISS [Fed. R. Civ. P. 12(b)(6)]**

_____ by personally delivering it to the person(s) indicated below in the manner provided in F.R.C.P. 5(b)

__X__ **BY INTERNET**: By electronically filing a true and correct electronic copy thereof via the Court's CM/ECF electronic filing system in this action; the CM/ECF will generate a Notice of Electronic Filing to:

SEYFARTH SHAW LLP
George E. Preonas, Esq.
David R. Golder, Esq.
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063

BARNES, CROSBY, FITZGERALD & ZERMAN LLP
William M. Crosby, Esq.
18101 Von Karman Avenue
Suite 120
Irvine, California 92612

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 25, 2008, at Los Angeles, California.

Christine Mohammed

CHRISTINE MOHAMMED