MICHAEL D. FOUR (100711)
DOLLY M. GEE (114493)
TAMRA M. BOYD (219020)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048-5268

Telephone: (323) 655-4700
Facsimile: (323) 655-4488

Attorneys for Defendant United Food & Commercial Workers Union Local 135

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIMY ABERRA,<br><br>Plaintiff,<br>vs.<br><br>UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, THE VONS COMPANIES, INC. and DOES I through X,<br><br>Defendants. | **CASE NO. 08-CV-0237 JM POR**<br><br>**DECLARATION OF TOM ELBERT IN SUPPORT OF MOTION TO DISMISS**<br><br>**Judge: Hon. Jeffrey T. Miller**<br>**Courtroom: 16**<br>**Date: May 9, 2008**<br>**Time: 1:30 p.m.** |

**DECLARATION OF TOM ELBERT**

I, TOM ELBERT, declare and state:

1. I am employed as Grievance Director of United Food and Commercial Workers Union, Local 135 ("Local 135").

2. Attached hereto as Exhibit A is a true and correct copy of Local 135's September 5, 2007 letter to Mimy Aberra, identified in paragraph 14 of her complaint.

//

//

# DECLARATION OF TOM ELBERT

I, TOM ELBERT, declare and state:

1. I am employed as Grievance Director of United Food and Commercial Workers Union, Local 135 ("Local 135").

2. Attached hereto as Exhibit A is a true and correct copy of Local 135's September 5, 2007 letter to Mimy Aberra, identified in paragraph 14 of her complaint.

3. Attached hereto as Exhibit B is a true and correct copy of Local 135's October 18, 2007 letter to Mimy Aberra, also identified in paragraph 14 of her complaint.

I declare under penalty of perjury that the foregoing is true and correct based on personal and firsthand knowledge of the facts and, if called upon as a witness, I could and would competently testify thereto.

Executed on March 24, 2008, at San Diego, California.

TOM ELBERT

# EXHIBIT A

UFCW LOCAL 135
a VOICE for working America

September 5, 2007

MIMY ABERRA
7948 MISSION CENTER CT
APT M
SAN DIEGO, CA 92108

Dear Mimi:

United Food and Commercial Workers' Union Local 135 has investigated your grievance of June 5, 2007. Based upon our investigation, we do not believe that we would be successful in arbitration concerning your grievance and therefore, we are declining to further pursue your grievance.

We are closing our file in this matter.

Sincerely,

UFCW LOCAL 135

Tom Elbert, Jr.

Tom Elbert, Jr.
Grievance Director

cc: GRANT TOM, Union Representative

**Mickey Kasparian**
President

**Rosalyn Moore**
Secretary-Treasurer

**United Food & Commercial Workers Union Local 135**
2001 Camino Del Rio South
San Diego, CA 92108
(619) 298-7772

# EXHIBIT B

UFCW LOCAL 135
a VOICE for working America

October 18, 2007

Ms. Mimy Aberra
7948 Mission Center Ct.
Apt. M
San Diego, CA 92108

Dear Ms. Aberra:

The Executive Board of UFCW, Local 135 reviewed your appeal regarding the disposition of your grievance at their meeting on October 17, 2007.

After a careful review of the facts, the Executive Board ruled to uphold the decision of the Legal Committee and denied pursuing your grievance to arbitration.

Sincerely,
UFCW, Local 135

Tom Elbert Jr.
Grievance Director

**Mickey Kasparian**
President

**Rosalyn Moore**
Secretary-Treasurer

**United Food & Commercial Workers Union**
**Local 135**
2001 Camino Del Rio South
San Diego, CA 92108
(619) 298-7772

PROOF OF SERVICE - F.R.C.P. 5(b)

I, the undersigned, certify and declare that I am a citizen of the United States, over the age of eighteen years, employed in the County of Los Angeles, State of California, and not a party to this action. On March 25, 2008, I served a true copy of **DECLARATION OF TOM ELBERT IN SUPPORT OF MOTION TO DISMISS**

_____ by personally delivering it to the person(s) indicated below in the manner provided in F.R.C.P. 5(b)

__X__ **BY INTERNET**: By electronically filing a true and correct electronic copy thereof via the Court's CM/ECF electronic filing system in this action; the CM/ECF will generate a Notice of Electronic Filing to:

SEYFARTH SHAW LLP
George E. Preonas, Esq.
David R. Golder, Esq.
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063

BARNES, CROSBY, FITZGERALD & ZERMAN LLP
William M. Crosby, Esq.
18101 Von Karman Avenue
Suite 120
Irvine, California 92612

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 25, 2008, at Los Angeles, California.

Christine Mohammed
CHRISTINE MOHAMMED