MICHAEL D. FOUR (100711)
DOLLY M. GEE (114493)
TAMRA M. BOYD (219020)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048-5268

Telephone: (323) 655-4700
Facsimile: (323) 655-4488

Attorneys for Defendant United Food & Commercial Workers Union Local 135

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIMY ABERRA,<br><br>Plaintiff,<br>vs.<br><br>UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, THE VONS COMPANIES, INC. and DOES I through X,<br><br>Defendants. | **CASE NO. 08-CV-0237 JM POR**<br><br>**STIPULATION RE DISMISSAL OF ACTION AS TO DEFENDANT UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 135; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Mimy Aberra and Defendant United Food and Commercial Workers Union Local 135 ("Local 135"), through their respective counsel of record, that the above-captioned action shall be dismissed WITH PREJUDICE as to Defendant Local 135, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees and costs.

DATED: April 24, 2008

SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
MICHAEL D. FOUR
DOLLY M. GEE
TAMRA M. BOYD

By [signature]
TAMRA M. BOYD
Attorneys for Defendant UFCW Local 135

DATED: April ______, 2008

BARNES, CROSBY, FITZGERALD & ZEMAN LLP
WILLIAM M. CROSBY

By ____________________
WILLIAM M. CROSBY
Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation of Plaintiff and Defendant Local 135, it is HEREBY ORDERED that Defendant Local 135 is dismissed from this action, WITH PREJUDICE. Plaintiff and Local 135 shall bear their own attorneys' fees and costs.

DATED: ____________________

____________________
HON. JEFFREY T. MILLER
United States District Court Judge

IT IS HEREBY STIPULATED by and between Plaintiff Mimy Aberra and Defendant United Food and Commercial Workers Union Local 135 ("Local 135"), through their respective counsel of record, that the above-captioned action shall be dismissed WITH PREJUDICE as to Defendant Local 135, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees and costs.

DATED: April 24, 2008

SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
MICHAEL D. FOUR
DOLLY M. GEE
TAMRA M. BOYD

By ______________________
TAMRA M. BOYD
Attorneys for Defendant UFCW Local 135

DATED: April 24, 2008

BARNES, CROSBY, FITZGERALD & ZEMAN LLP
WILLIAM M. CROSBY

By ______________________
WILLIAM M. CROSBY
Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation of Plaintiff and Defendant Local 135, it is HEREBY ORDERED that Defendant Local 135 is dismissed from this action, WITH PREJUDICE. Plaintiff and Local 135 shall bear their own attorneys' fees and costs.

DATED: ______________________

______________________
HON. JEFFREY T. MILLER
United States District Court Judge

PROOF OF SERVICE - F.R.C.P. 5(b)

I, the undersigned, certify and declare that I am a citizen of the United States, over the age of eighteen years, employed in the County of Los Angeles, State of California, and not a party to this action. On April 28, 2008, I served a true copy of **STIPULATION RE DISMISSAL OF ACTION AS TO DEFENDANT UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 135; [PROPOSED] ORDER**

_____ by personally delivering it to the person(s) indicated below in the manner provided in F.R.C.P. 5(b)

__X__ **BY INTERNET**: By electronically filing a true and correct electronic copy thereof via the Court's CM/ECF electronic filing system in this action; the CM/ECF will generate a Notice of Electronic Filing to:

SEYFARTH SHAW LLP
George E. Preonas, Esq.
David R. Golder, Esq.
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063

BARNES, CROSBY, FITZGERALD & ZERMAN LLP
William M. Crosby, Esq.
18101 Von Karman Avenue
Suite 120
Irvine, California 92612

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

Christine Mohammed

CHRISTINE MOHAMMED