# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MIMY ABERRA, | CASE NO. 08 CV 0237 JM (POR) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 135 WITH PREJUDICE; DEEMING MOTION TO DISMISS WITHDRAWN** |
| vs. | |
| UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, et al. | |
| Defendants. | |

Pursuant to the stipulation of plaintiff Mimy Aberra and defendant United Food and Commercial Workers Union Local 135 ("Local 135"), it is hereby **ORDERED** that defendant Local 135 is dismiss from this action with prejudice. Plaintiff and Local 135 shall bear their own attorneys' fees and costs.

Accordingly, the court deems Local 135's motion to dismiss (Doc. no. 11) withdrawn.

**IT IS SO ORDERED.**

DATED: April 29, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties