SEYFARTH SHAW LLP
George E. Preonas (SBN 58921)
gpreonas@seyfarth.com
David R. Golder (SBN 248745)
dgolder@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
THE VONS COMPANIES, INC.

BARNES, CROSBY, FITZGERALD & ZERMAN LLP
William M. Crosby
wcrosby@barnescrosby.com
18101 Von Karman Avenue, Suite 120
Irvine, CA 92612

Attorney for Plaintiffs
MIMY ABERRA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMY ABERRA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, a Labor Union; THE VONS COMPANIES, INC., a Michigan corporation; DOES I through X, inclusive,<br><br>Defendants. | Case No. 08 CV 0237 JM (POR)<br><br>Hon. Jeffrey T. Miller<br><br>**JOINT MOTION RE: DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: February 6, 2008 |

WHEREAS, Plaintiff Mimy Aberra's ("Plaintiff") has agreed to dismiss all her claims in their entirety against Defendant The Vons Companies, Inc. ("Defendant");

/ / /

/ / /

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice. In so stipulating, each Party agrees to bear her or its own costs and attorney's fees.

DATED: May 6, 2008

SEYFARTH SHAW LLP

By s/David R. Golder
Attorneys for Defendant
THE VONS COMPANIES, INC.
E-mail: dgolder@seyfarth.com

DATED: May 6, 2008

BARNES, CROSBY, FITZGERALD & ZEMAN LLP

By s/William M. Crosby
William M. Crosby
Attorneys for Plaintiff
MIMY ABERRA
E-mail: wcrosby@barnescrosby.com

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On May 8, 2008, I served the within documents:

**JOINT MOTION and [PROPOSED] ORDER RE: DISMISSAL**

☐ I sent such document from facsimile machine (310) 201-5219 on __________, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Overnite Express envelope with postage paid on account and deposited with Overnite Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒ electronically by using the Court's ECF/CM System.

William M. Crosby, Esq.
Barnes, Crosby, FitzGerald & Zerman LLP
18101 Von Karman Avenue
Suite 120
Irvine, CA 92612

Schwartz, Steinsapir, Dohrmann & Sommers
Michael D. Four
Dolly M. Gee
Tamra M. Boyd
6300 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90048-5268

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on May 8, 2008, at Los Angeles, California.

Patrice L. Colbert