UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMY ABERRA,<br>Plaintiff,<br>vs.<br>UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, a Labor Union; THE VONS COMPANIES, INC., a Michigan corporation; DOES I through X, inclusive,<br>Defendants. | Case No. 08 CV 0237 JM (POR)<br>Hon. Jeffrey T. Miller<br>**[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE**<br>Complaint Filed: February 6, 2008 |

IT IS HEREBY ORDERED, pursuant to the motion of Plaintiff and Defendant The Vons Companies, Inc., that Defendant The Vons Companies, Inc. is dismissed from this action, WITH PREJUDICE. Plaintiff and Defendant The Vons Companies Inc. shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED** this __ day of May, 2008.

Hon. JEFFREY T. MILLER
United States District Court Judge