# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMY ABERRA, Plaintiff, vs. UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 135, et al. Defendants. | CASE NO. 08 CV 0237 JM (POR) **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Pursuant to the joint motion of plaintiff Mimy Aberra and defendant The Vons Companies, Inc., the court hereby **DISMISSES** this action with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: May 13, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties